IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN TOMEO,<br><br>      Plaintiff,<br><br> -against-<br><br>USAA CASUALTY INSURANCE COMPANY.<br><br>      Defendant. | No. 16-cv-4252-ADS-SIL |

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties by their undersigned counsel of record that plaintiff Brian Tomeo's claims against defendant USAA Casualty Insurance Company, are hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A(ii).

Dated: New York, New York
    January 10, 2017

| | |
|---|---|
| Jeffrey J. Imeri (JI 3938)<br>Marshall Dennehey Warner Coleman & Goggin<br>*Attorneys for Defendant*<br>Wall Street Plaza<br>88 Pine Street, 21st Floor<br>New York, New York 10005<br>(212) 376-6400 | Val E. Wamser<br>Nicoletti Hornig & Sweeney<br>*Attorneys for Plaintiff*<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005<br>(212) 220-3830 |

LEGAL/108592593.v1